BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GOMEZ-REBOLLEDO,<br><br>　　　　　　　Defendant. | CASE NO. 1:11-cr-00016 AWI-BAM (003)<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: June 8, 2015<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 26, 2015 at 1:00 p.m.

2. By this stipulation, the defendant now moves to continue the status conference until **June 8, 2015 at 1:00 p.m.** before Magistrate Judge Barbara A. McAuliffe, and to exclude time between the date of this stipulation and June 8, 2015 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. The government has represented that the discovery associated with this case includes

more than a thousand pages of paper discovery, including investigative reports, search warrant materials and related documents.  It also includes discs of surveillance video and a forensic report of electronic evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b.    Counsel for defendant desires additional time in preparation of this case.  Defendant's counsel begins a trial in Yosemite on May 27, 2015, and is scheduled to meet with witnesses on May 26, 2015.  Defendant's counsel's next available date that comports with the Court's calendar is June 8, 2015.  The time afforded for the requested continuance would also allow additional time for defendant's counsel to review voluminous discovery recently produced by the government.

     c.    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.    The government does not object to the continuance.

     e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

IT IS SO STIPULATED.

DATED: May 12, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: May 12, 2015

/s/Carol Ann Moses
CAROL ANN MOSES
Counsel for Defendant
MIGUEL ANGEL GOMEZ-REBOLLEDO

**O R D E R**

IT IS SO FOUND AND ORDERED that defendant Miguel Angel Gomez-Rebolledo (3) First Status Conference is continued from May 26, 2015 to June 8, 2015 at 1:00 PM before Judge McAuliffe.  The time period of the date of this stipulation to June 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request, and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 12, 2015**                     /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE