BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MIGUEL ANGEL GOMEZ REBOLLEDO,<br><br>                    Defendant. | Case No. 1:11-cr-00016-DAD-BAM-3<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MIGUEL ANGEL GOMEZ REBOLLEDO; ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment only as to defendant MIGUEL ANGEL GOMEZ REBOLLEDO, without prejudice and in the interest of justice. The government moves for dismissal without prejudice based on its plea agreement with the defendant in Case No. 1:15-cr-00092-LJO-SKO. On April 18, 2016, defendant Gomez was sentenced to 27 months imprisonment pursuant to a guilty plea in Case No. 1:15-cr-00092-LJO-SKO.

Dated: April 18, 2016

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

///

1

**ORDER**

The criminal indictment in Case No.1:11-cr-00016-DAD-BAM-3 is dismissed only as to defendant MIGUEL ANGEL GOMEZ REBOLLEDO, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                                  *Dale A. Drozd*
                                                UNITED STATES DISTRICT JUDGE